**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHEILA L. THORP,**<br><br>       Plaintiff,<br><br>   vs.<br><br>**ALCAL INDUSTRIES, INC.,** *et al.*,<br><br>       Defendants. | Case No.: 13-CV-2289 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On August 21, 2013, Defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 18. Plaintiff's response was due September 4, 2013.

On August 28, 2013, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot. The hearing set for October 1, 2013, is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 29, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**