**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHEILA L. THORP,** *as an individual and on behalf of all others similarly situated*,<br><br>       **Plaintiff,**<br><br>    v.<br><br>**ALCAL INDUSTRIES, INC.,** *et al.*,<br><br>       **Defendants.** | **Case No.: 13-CV-2289 YGR**<br><br>**ORDER RE DISCOVERY LETTER BRIEF** |

On November 27, 2013, the parties in this matter submitted a joint discovery letter brief pursuant to the procedure set forth in the undersigned's Standing Order in Civil Cases.  (Dkt. No. 39 ("Letter Brief").)  Having received the filings in this action, and given the Letter Brief due consideration, the Court rules as follows:

As an initial matter, the parties are **ORDERED** to consult the undersigned's Standing Order for Certain Employment Cases, available at http://www.cand.uscourts.gov/ygrorders.  This Standing Order imposes substantive initial discovery obligations on parties to wage-and-hour lawsuits, including the one at bar.

As to the Letter Brief itself, the Court is inclined to grant some, but not all, of the relief requested by the defense before ruling on the pending motion to dismiss.  (Dkt. No. 32.)   The Court **HOLDS** that the Rule 26(f) conference has been completed and that the parties' Rule 26 obligations are ongoing.

In light of this guidance and the Court's Standing Order for Certain Employment Cases, the parties are hereby **ORDERED** to meet and confer to fashion a mutually agreeable approach to satisfying their initial discovery obligations. A telephonic meet-and-confer is permitted. No later than **December 10, 2013**, the parties shall file either (1) a stipulated plan for initial discovery or (2) an explanation of the basis for their failure to do so.

The Court **RESERVES** as to sanctions.

This Order terminates Docket Nos. 38 and 39.

**IT IS SO ORDERED**.

Date: December 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**