UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA L. THORP,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALCAL INDUSTRIES, INC., *et al.*,<br><br>　　　Defendants. | Case No.: 13-CV-2289 YGR<br><br>ORDER DENYING WITHOUT PREJUDICE REQUEST FOR PROTECTIVE ORDER |

　　The Court **DENIES** the parties' request for a protective order. This denial is without prejudice to their resubmitting a stipulated protective order consistent with this Court's model Stipulated Protective Order for Standard Litigation, available at *http://cand.uscourts.gov/stipprotectorder*, or providing an explanation as to why the model order should not apply.

　　This Order terminates Docket Nos. 46 and 47.

　　**IT IS SO ORDERED.**

Dated: April 8, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE