UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA L. THORP,<br><br>    Plaintiff,<br><br>    v.<br><br>ALCAL INDUSTRIES, INC., *et al.*,<br><br>    Defendants. | Case No.: 13-CV-2289 YGR<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the parties' filing of April 18, 2014 (Dkt. No. 52), that a classwide settlement in the above-captioned case has been reached. Pursuant to the parties' stipulation, the Court **VACATES** the Case Management Conference set for Monday, April 28, 2014.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, June 27, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a motion for preliminary approval of class settlement, along with a formal withdrawal of the pending motion to dismiss (Dkt. No. 32); or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.

If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Docket No. 52.

**IT IS SO ORDERED.**

Dated: April 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**