UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA L. THORP,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ALCAL INDUSTRIES, INC.,** *et al.***,**<br><br>    **Defendants.** | Case No.: 13-CV-2289 YGR<br><br>**ORDER DENYING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SETTING COMPLIANCE HEARING** |

For the reasons stated on the record at the hearing on plaintiffs' motion for preliminary approval of class action settlement (Dkt. No. 54), the motion is **DENIED WITHOUT PREJUDICE** to later refiling.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, October 3, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a renewed motion for preliminary approval of class settlement; or (b) a one-page **JOINT STATEMENT** setting forth an explanation of the parties' failure to comply.

If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Docket No. 54.

**IT IS SO ORDERED.**

Dated: July 30, 2014

                                                  _____<br>
                                                **YVONNE GONZALEZ ROGERS**<br>
                                                **UNITED STATES DISTRICT COURT JUDGE**