UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA L. THORP**, | Case No.  13-cv-02289-YGR |
| Plaintiff, | |
| v. | **ORDER SETTING COMPLIANCE HEARING** |
| **ALCAL INDUSTRIES, INC., ET AL.**, | |
| Defendants. | |

A compliance hearing regarding plaintiff's renewed motion for preliminary approval of class action settlement shall be held on Friday, **November 14, 2014**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **November 7, 2014**, the parties shall file either: (a) a revised notice of proposed class action settlement and final approval hearing addressing the issues raised by the Court at today's hearing; or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**