AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

SHEILA L. THORP, et al.
                Plaintiff (s),
V.
ALCAL INDUSTRIES, INC., et al.
                Defendant (s),

ORDER re:
**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C4:13-CV-02289 (YGR)

Notice is hereby given that, subject to approval by the court, __ALCAL INDUSTRIES, INC., et al.__ substitutes
(Party (s) Name)

__SETH J. SCHWARTZ, currently with Archer Norris, APLC__, State Bar No. __103357__ as counsel of record in
(Name of New Attorney)

place of __Seth J. Schwartz, Esq., formerly with MCNAMARA, NEY, BEATTY, SLATTERY, et al.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ARCHER NORRIS
    Address: 2033 N. Main Street, Ste. 800, Walnut Creek, CA 94596
    Telephone: (925) 930-6600    Facsimile (925) 930-6620
    E-Mail (Optional): sschwartz@archernorris.com

I consent to the above substitution.
Date: 7/10/14
                                      (Signature of Party (s))

I consent to being substituted.
Date: 7/8/2014
                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/8/2014
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 3, 2014
                                      Judge
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]